# Order

Michigan Supreme Court
Lansing, Michigan

September 28, 2009

Marilyn Kelly,
Chief Justice

138154(53)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ATLANTIC XXXI, L.L.C.,
      Plaintiff-Appellant,

v

                                SC: 138154
                                COA: 278104
                                Oakland CC: 2003-053566-CK

ART MIDWEST L.P., ART MIDWEST, INC.,
AMERICAN REALTY INVESTORS, INC. and
BASIC CAPITAL MANAGEMENT, INC.,
      Defendants,
and

AMERICAN REALTY TRUST, INC.,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 28, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

l0921